IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2:22-cv-609-WHA-KFP

2022 OCT 12 A 10: 08

DANNY FOSTER SR #1167673 ) Transferred from the Northern
Full name and prison number DEBRA P. HACKETT, CLK District, 2:22-CV-0087-AMM-JHE
of plaintiff(s)       U.S. DISTRICT COURT
                      MIDDLE DISTRICT ALA.     2:22-cv-609-WHA-KFP

v.                    )  CIVIL ACTION NO. 2:22-CV-535-WHA-CSC
                      )  (To be supplied by Clerk of
                      )  U.S. District Court)
                      )
"SEE ATTACHMENT"      )  Demand Jury Trial ☒ YES ☐ NO
Defendants            )
                      )
                      )
Name of person(s) who violated )
your constitutional rights.    )
(List the names of all the     )
persons.)                      )


I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (☒)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (☒)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____ None _____

            Defendant(s) _____ None _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____ None _____

3. Docket number _None_

4. Name of judge to whom case was assigned _None_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _None_

6. Approximate date of filing lawsuit _None_

7. Approximate date of disposition _None_

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Kilby Corr. Fac. / William E. Donaldson Corr. Fac. / Ventress Corr. Fac._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS

1. "SEE ATTACHMENT"

2. 

3. 

4. 

5. 

6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _1-1-2020_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _(8th) EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

"SEE ATTACHMENT"
IN proper Motion Seeking prospective release order"

GROUND TWO: (14th) Fourteeth Amendment to the United States Constitution

SUPPORTING FACTS: "SEE ATTACHMENT"

IN proper motion Seeking prospective release order"

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seeks "injunctive and declaratory relief" And

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

SUPPORTING FACTS:

EXECUTED on October 6th, 2022
              (Date)

Signature of plaintiff(s)

4

## DEFENDANT(S)

1.) Kay Ivy, in her individually and her official Capacity as Governor of alabama et al.

2.) John Hamm, in his individually and his official Capacity as alabama Department of Corrections Commissioner et al.

3.) members of the board of Corrections of alabama, in their individually and official Capacity.

4.) Joseph Headley, in his individually and his official Capacity as warden of ventress Correctional facility.

5.) warden of the medical and Diagnostic Center at mount meigs alabama, in their individually and official Capacity.

6.) Director of Classification in their individually and official Capacity.

## MAIL BOX RULE

I, Danny Foster, do hereby certify that on 6th day of October, 20, did drop (1983 to comply with court order Doc#9) in the institutional mail system to United States District Court for the middle District. "See BEAMAN v. State, 204 So. 3d 1, 2, n2 (Ala. Crim. App. 2014)

/s/ Danny Foster

( SEAL )

Sworn to and subscribed before me this 6th day of October, 2022.

Michael O Calhoun
NOTARY PUBLIC

May 19, 2024
My Commission Expires

FOSTER DANNY (PRO SE)
AIS 167673 VENTRESS CORR.
379 HIGHWAY 239
CLAYTON, AL, 36016-0000

MONTGOMERY AL 360

11 OCT 2022 PM 4 L



THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED,
AND THE ALABAMA DEPARTMENT OF
CORRECTIONS IS NOT RESPONSIBLE FOR
THE SUBSTANCE OR CONTENT OF THE
ENCLOSED COMMUNICATION.

36104-401801

Office of the Clerk
United States District Court
Middle District of Alabama
1 Church Street, Suite B-
Montgomery, AL 36104-40

Official Business