IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DANNY FOSTER, SR.,                   )<br>                                      )<br>    Plaintiff,                       )<br>                                      )<br>    v.                                )<br>                                      )<br>KAY IVEY, in her                     )<br>individual and official              )<br>capacity as Governor of              )<br>Alabama, et al.,                     )<br>                                      )<br>    Defendants.                       ) | CIVIL ACTION NO.<br>2:22cv609-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 3) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to follow a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of January, 2023.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE